1  Peter E. Martin, SBN 121672
   peter@martinmacklaw.com
2  Shelley K. Mack, SBN 209596
   shelley@martinmacklaw.com
3  **Martin & Mack LLP**
   1369 G Street
4  Arcata, California 95521
   Tel: (707) 268-0445
5  Fax: (707) 667-0318

6  Attorneys for Plaintiffs
   PATRICIA JACKSON and
7  MICHELLE JACKSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JACKSON and MICHELLE JACKSON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CLONEY'S PHARMACY, ANGELA MATTHEWS, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 3:16-cv-06975<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiffs PATRICIA JACKSON and MICHELLE JACKSON ("Plaintiffs"), and Defendants CLONEY'S PHARMACY, ANGELA MATTHEWS, and DOES 1 through 10 ("Defendants"), by and through their respective attorneys, as follows:

WHEREAS, Plaintiffs filed their Complaint on or about December 6, 2016;

WHEREAS, the parties have executed a Settlement and Release of Claims Agreement with an effective date of August 1, 2017;

WHEREAS, the Settlement and Release of Claims Agreement provides for Defendants to make monthly settlement payments to Plaintiffs on or before the 5th day of every month, for twenty four months (the "Term");

WHEREAS, the Settlement and Release of Claims Agreement provides for a dismissal of this entire action with prejudice on or before the last day of the last month of the Term; and

WHEREAS, the United States District Court, Northern District of California shall maintain jurisdiction over this matter until such time as a notice of dismissal with prejudice is filed, and in the event that Defendants stop making monthly payments before the end of the Term or before the settlement amount has been met, Plaintiffs may request this Court reopen the matter to enforce the terms of the Settlement and Release of Claims Agreement;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Parties through their respective Counsel, that this matter be dismissed without prejudice effective immediately.

IT IS SO STIPULATED AND AGREED.

DATED: October 9, 2017        MARTIN & MACK LLP

                              /s/ Shelley K. Mack

                              By: _____
                                  SHELLEY K. MACK
                                  Attorneys for Plaintiffs

DATED:  October 9, 2017						DUN & MARTINEK LLP

								/s/ Shelley C. Addison
							By: _____
								SHELLEY C. ADDISON
								Attorneys for Defendants

